Craig C. Corbitt (State Bar No. 83251)
**ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP**
44 Montgomery Street, Suite 3400
San Francisco, CA  94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770

John B. Massopust
Daniel J. Millea
**ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP**
33 South Sixth Street, Suite 4400
Minneapolis, MN 55402
Telephone: (612) 339-2020
Facsimile: (612) 336-9100

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| DIRK REGAN, CAROL REGAN, JACQUELYN SHELDRICK, STEPHEN PHILLIP RUTHERFORD, DONALD M. FISK, AND GLENN L. BOOM, for themselves and on behalf of all others similarly situated, et al., | Case No. S-01-0766 WBS JFM<br>Case No. S-01-0779 WBS JFM |
| Plaintiffs, | **ORDER GRANTING CONTINUANCE OF MAY 21 STATUS CONFERENCE** |
| vs. | |
| QWEST COMMUNICATIONS INTERNATIONAL, INC., et al., | |
| Defendants. | |
| DIRK REGAN, CAROL REGAN, JACQUELYN SHELDRICK, STEPHEN PHILLIP RUTHERFORD, DONALD M. FISK, AND GLENN L. BOOM, for themselves and on behalf of all others similarly situated, et al., | |
| Plaintiffs, | |
| vs. | |
| WILLIAMS COMMUNICATIONS, L.L.C., et al., | |
| Defendants. | |

*(left margin vertical text)* Zelle, Hofmann, Voelbel, Mason & Gette LLP
500 Washington Avenue South – Suite 4000
Minneapolis, Minnesota, 55415

1

PDF created with pdfFactory trial version www.pdffactory.com

## ORDER

The Court, having reviewed the parties' joint stipulation concerning the May 21 Status Conference, and for the reasons stated therein, finds that the relief requested by the parties should be granted.

IT IS THEREFORE ORDERED that the May 21, 2007 Status Conference is continued until August 13, 2007 at 2:00 p.m., and the parties are ordered to file a joint status report by July 25, 2007.

DATED:  May 14, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Zelle, Hofmann, Voelbel, Mason & Gette LLP
500 Washington Avenue South – Suite 4000
Minneapolis, Minnesota, 55415

2

314471v1

PDF created with pdfFactory trial version www.pdffactory.com