1  Craig C. Corbitt (State Bar No. 83251)
   **ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP**
2  44 Montgomery Street, Suite 3400
   San Francisco, CA 94104
3  Telephone: (415) 693-0700
4  Facsimile: (415) 693-0770

5  John B. Massopust
   Daniel J. Millea
6  **ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP**
   33 South Sixth Street, Suite 4400
7  Minneapolis, MN 55402
8  Telephone: (612) 339-2020
   Facsimile: (612) 336-9100

9
   Attorneys for Plaintiffs
10
                    IN THE UNITED STATES DISTRICT COURT
11                  FOR THE EASTERN DISTRICT OF CALIFORNIA
                              SACRAMENTO DIVISION
12

13 | DIRK REGAN, CAROL REGAN,                ) Case No. S-01-0766 WBS JFM
   | JACQUELYN SHELDRICK, STEPHEN            ) Case No. S-01-0779 WBS JFM
   | PHILLIP RUTHERFORD, DONALD M.           )
14 | FISK, AND GLENN L. BOOM, for            )
   | themselves and on behalf of all others  )
15 | similarly situated,                     )
   |  et al.,                                )
16 |                                         ) **JOINT STIPULATION TO CONTINUE**
   |        Plaintiffs,                      ) **AUGUST 13, 2007 STATUS**
17 | vs.                                     ) **CONFERENCE AND** ~~PROPOSED~~
   |                                         ) **ORDER**
18 | QWEST COMMUNICATIONS                    )
   | INTERNATIONAL, INC., et al.,            )
19 |                                         )
   |        Defendants.                      )
20 | _____ )
                                             )
21 | DIRK REGAN, CAROL REGAN,                )
   | JACQUELYN SHELDRICK, and DONALD         )
22 | M. FISK, for themselves and on behalf of all )
   | others similarly situated, et al.,      )
23 |                                         )
   |        Plaintiffs,                      )
24 | vs.                                     )
                                             )
25 | WILLIAMS COMMUNICATIONS, L.L.C., )
   | et al.,                                 )
26 |                                         )
   |        Defendants.                      )
27

28

                                    1

PDF created with pdfFactory trial version www.pdffactory.com

COME NOW, Plaintiffs and Defendants and jointly request that the Court continue the August 13, 2007 Status Conference in these matters.  In support of said stipulated request, the parties state as follows:

1. By Order of this Court dated May 14, 2007, there is a Status Conference in this matter set for August 13, 2007.

2. As noted in previous Joint Status Reports submitted to this Court, the parties to this litigation have been engaged in mediated settlement negotiations at the direction of Professor Eric D. Green, principally in Boston, Massachusetts.  The parties have essentially concluded their mediated negotiations, agreeing on the basic terms for dozens of single-state settlements as well as two separate settlements pertaining to claimants along federal land grant railroad routes.  The settlements also include a California state-wide settlement agreement.

3. The parties are in the process of reducing the dozens of agreements to writing. Professor Green has scheduled a final session for August 6 and 7 in Massachusetts, at which time the parties hope to resolve all remaining substantive and drafting issues, subject to final client approval.  Thereafter, the documentation will be completed and all settlement agreements will be presented to a single federal court in Massachusetts for preliminary approval, in a pending matter styled as *Kingsborough v. Sprint Communications Co., L.P., et al.,* Civil Action No. 07-10651 MLW.

4. Provided the settlement agreements are ultimately approved and settlement classes are certified, the parties intend to dismiss all pending matters involving claims subject to the settlement agreements, including the matters pending before this Court.

PDF created with pdfFactory trial version www.pdffactory.com

5. In the interests of judicial efficiency, the parties hereby request that the August 13, 2007 Status Conference be moved to an available date in late 2007, at which time the parties will provide a further status report concerning the proceedings in *Kingsborough*.

WHEREFORE, the parties jointly request that the Court continue the Status Conference as noted above.

**DATED**: July 25, 2007                    Respectfully submitted,

                                        **ZELLE, HOFMANN, VOELBEL,
                                        MASON & GETTE LLP**

/s/ Daniel J. Millea
John B. Massopust
Daniel J. Millea
500 Washington Avenue South, Suite 4000
Minneapolis, MN 55415
Telephone: 612-339-2020
Facsimile: 612-336-9100

And

Craig C. Corbitt (State Bar No. 83251)
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: 415-693-0700
Facsimile: 415-693-0770

**OF COUNSEL:**

Nels Ackerson
**ACKERSON KAUFFMAN FEX, P.C.**
1250 H Street, N.W.
Suite 850
Washington, DC 20005-3952
Telephone (202) 833-8833
Facsimile (202) 833-8831

Henry J. Price
**PRICE WAICUKAUSKI & RILEY, LLC**
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN 46204
Telephone (317) 633-8787
Facsimile (317) 633-8797

PDF created with pdfFactory trial version www.pdffactory.com

Roger C. Johnson
**KOONZ, MCKENNEY, JOHNSON, DEPAOLIS & LIGHTFOOT, L.L.P.**
2001 Pennsylvania Ave., N.W.
Suite 450
Washington, DC 20006
Telephone (202) 659-5500
Facsimile (202) 785-3719

**Zelle, Hofmann, Voelbel, Mason & Gette LLP**
500 Washington Avenue South – Suite 4000
Minneapolis, Minnesota, 55415

4

STIPULATION TO CONTINUE STATUS CONFERENCE

PDF created with pdfFactory trial version www.pdffactory.com

Zelle, Hofmann, Voelbel, Mason & Gette LLP
500 Washington Avenue South – Suite 4000
Minneapolis, Minnesota, 55415

| | |
|---|---|
| DATED:  July 25, 2007 | **CORR, CRONIN, MICHELSON, BAUMGARDNER & PREECE, LLP** |

/s/ Emily Brubaker (as authorized on 7/25/07)
Emily Brubaker
1001 Fourth Avenue
Suite 3900
Seattle, WA 98154-1051
Telephone: (206) 625-8600
Facsimile: (206) 625-0900

-- AND --

John F. Daum
**O'MELVENY & MYERS, LLP**
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

**ATTORNEYS FOR DEFENDANTS
QWEST COMMUNICATIONS, ET AL.**

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| DATED: July 25, 2007 | **HALL, ESTILL, HARDWICK,** <br>     **GABLE, GOLDEN & NELSON, P.C.** |

/s/ J. Kevin Hayes (as authorized on 7/25/07)
J. Kevin Hayes
Pamela S. Anderson
320 South Boston Avenue
Suite 400
Tulsa, OK 74103-3708
Telephone: (918) 594-0400
Facsimile: (918) 594-0505

-- AND --

**ERIKSEN, ARBUTHNOT, KILDUFF,**
    **DAY & LINDSTROM, INC.**

Charles Painter
Timothy P. Dailey
100 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 483-5181
Facsimile: (916) 483-7558

**ATTORNEYS FOR DEFENDANTS**
**WILLIAMS COMMUNICATIONS, ET AL.**

PDF created with pdfFactory trial version www.pdffactory.com

## **ORDER**

The Court, having reviewed the parties' stipulation concerning the August 13 Status Conference, and for the reasons stated therein, finds that the relief requested by the parties should be granted.

IT IS THEREFORE ORDERED that the August 13, 2007 Status Conference is continued until **December 3, 2007 at 2:00 p.m.,** and the parties are ordered to file a joint status report no later than 14 calendar days prior to the hearing.

DATED: July 26, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

316586v1

7
STIPULATION TO CONTINUE STATUS CONFERENCE

PDF created with pdfFactory trial version www.pdffactory.com