Craig C. Corbitt (State Bar No. 83251)
**ZELLE HOFMANN VOELBEL & MASON LLP**
44 Montgomery Street, Suite 3400
San Francisco, CA  94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770

John B. Massopust
Daniel J. Millea
**ZELLE HOFMANN VOELBEL & MASON LLP**
500 Washington Avenue South, Suite 4000
Minneapolis, MN 55415
Telephone: (612) 339-2020
Facsimile: (612) 336-9100

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| DIRK REGAN, CAROL REGAN, JACQUELYN SHELDRICK, STEPHEN PHILLIP RUTHERFORD, DONALD M. FISK, AND GLENN L. BOOM, for themselves and on behalf of all others similarly situated, et al.,<br><br>    Plaintiffs,<br>vs.<br><br>QWEST COMMUNICATIONS INTERNATIONAL, INC., et al.,<br><br>    Defendants. | Case No. S-01-0766 WBS JFM<br>Case No. S-01-0779 WBS JFM<br><br>**JOINT STIPULATION TO CONTINUE JULY 13, 2009 STATUS CONFERENCE AND ~~PROPOSED~~ ORDER** |
| DIRK REGAN, CAROL REGAN, JACQUELYN SHELDRICK, and DONALD M. FISK, for themselves and on behalf of all others similarly situated, et al.,<br><br>    Plaintiffs,<br>vs.<br><br>WILLIAMS COMMUNICATIONS, L.L.C., et al.,<br><br>    Defendants. | |

COME NOW, Plaintiffs and Defendants and jointly request that the Court continue the July 13, 2009 Status Conference in these matters.  In support of said stipulated request, the parties state as follows:

1.  By Order of this Court dated January 9, 2009 there is a Status Conference in this matter set for July 13, 2009.

2.  As set forth in Plaintiffs' and Defendants' previous reports to this Court, the parties herein are in the process of obtaining final approval of settlements that would dispose of the claims asserted in this action and others.  On July 16, 2008, the parties presented a Joint Motion for Preliminary Approval of said settlements to the United States District Court for the District of Massachusetts in the pending matter styled as *Kingsborough v. Sprint Communications Company, L.P.*, Case No. 07-CV-10651.  On July 18, the *Kingsborough* court issued an Order Preliminarily Approving Class-Action Settlements, Certifying Settlement Classes, and Directing Notice.  The Preliminary Approval Order granted preliminary approval to, *inter alia,* a state-wide California class action settlement agreement that, if finally approved by the *Kingsborough* court, will resolve all the claims asserted by the Plaintiffs in this case.  The court scheduled a Fairness Hearing for November 17, 2008.

3.  On August 8, 2008, the Claims Administrator mailed Notice of the settlements to class members.  On September 22, 2008, the deadline for requesting exclusion from participation in the settlement expired.

4.  The *Kingsborough* court held the Fairness Hearing on November 17, 2008.  The parties and certain objectors presented argument on the Joint Motion for Final Approval of Class-Action Settlements.  The court took the Motion under advisement and, as of the date of this filing, no ruling on the Motion has issued.

Zelle Hofmann Voelbel & Mason LLP
500 Washington Avenue South – Suite 4000
Minneapolis, Minnesota, 55415

5. On April 28 and April 30, 2009, the Kingsborough court ordered counsel for the plaintiffs and defendants to submit briefing on various settlement issues, and said briefing was filed on May 12, 2009. An objector also filed briefing on May 20, 2009.

6. In the interests of judicial efficiency, the parties hereby request that the Court forego further proceedings in this matter until the fourth quarter of 2009, at which time the parties will provide a further status report concerning the proceedings in *Kingsborough*.

WHEREFORE, the parties jointly request that the Court continue the Status Conference as noted above.

**DATED**: June 29, 2009          Respectfully submitted,

        **ZELLE HOFMANN VOELBEL & MASON LLP**

        /s/ Daniel J. Millea
        John B. Massopust
        Daniel J. Millea
        500 Washington Avenue South, Suite 4000
        Minneapolis, MN 55415
        Telephone: (612) 339-2020
        Facsimile: (612) 336-9100

        -- AND --

        Craig C. Corbitt (State Bar No. 83251)
        44 Montgomery Street, Suite 3400
        San Francisco, CA 94104
        Telephone: (415) 693-0700
        Facsimile: (415) 693-0770

**OF COUNSEL:**

Nels Ackerson
**ACKERSON KAUFFMAN FEX, P.C.**
1250 H Street, N.W.
Suite 850
Washington, DC 20005-3952
Telephone: (202) 833-8833
Facsimile: (202) 833-8831

Zelle Hofmann Voelbel & Mason LLP
500 Washington Avenue South – Suite 4000
Minneapolis, Minnesota, 55415

Zelle Hofmann Voelbel & Mason LLP
500 Washington Avenue South – Suite 4000
Minneapolis, Minnesota, 55415

1  Henry J. Price
**PRICE WAICUKAUSKI & RILEY, LLC**
2  The Hammond Block Building
3  301 Massachusetts Avenue
Indianapolis, IN 46204
4  Telephone: (317) 633-8787
Facsimile: (317) 633-8797
5
6  Roger C. Johnson
**KOONZ, MCKENNEY, JOHNSON,**
7  **DEPAOLIS & LIGHTFOOT, L.L.P.**
2001 Pennsylvania Ave., N.W.
8  Suite 450
Washington, DC 20006
9  Telephone: (202) 659-5500
Facsimile: (202) 785-3719
10

11  DATED:  June 29, 2009                    **CORR, CRONIN, MICHELSON,**
                                             **BAUMGARDNER & PREECE, LLP**
12
                                             /s/ Emily Brubaker (as authorized on 6/25/2009)
13                                           Emily Brubaker
                                             1001 Fourth Avenue
14                                           Suite 3900
                                             Seattle, WA 98154-1051
15                                           Telephone: (206) 625-8600
                                             Facsimile: (206) 625-0900
16
17                                           -- AND --

18                                           John F. Daum
                                             **O'MELVENY & MYERS, LLP**
19                                           400 South Hope Street
                                             Los Angeles, CA 90071-2899
20                                           Telephone: (213) 430-6000
                                             Facsimile: (213) 430-6407
21
22                                           **ATTORNEYS FOR DEFENDANTS**
                                             **QWEST COMMUNICATIONS, ET AL.**
23
24
25
26
27
28

| | |
|---|---|
| DATED:  June 29, 2009 | **HALL, ESTILL, HARDWICK,** <br> **GABLE, GOLDEN & NELSON, P.C.** |
| | /s/ J. Kevin Hayes (as authorized on 6/25/2009) <br> J. Kevin Hayes <br> Pamela S. Anderson <br> 320 South Boston Avenue <br> Suite 400 <br> Tulsa, OK 74103-3708 <br> Telephone: (918) 594-0400 <br> Facsimile: (918) 594-0505 |
| | -- AND -- |
| | **ERIKSEN, ARBUTHNOT, KILDUFF,** <br> **DAY & LINDSTROM, INC.** |
| | Charles Painter <br> Timothy P. Dailey <br> 100 Howe Avenue <br> Sacramento, CA 95825 <br> Telephone: (916) 483-5181 <br> Facsimile: (916) 483-7558 |
| | **ATTORNEYS FOR DEFENDANTS** <br> **WILLIAMS COMMUNICATIONS, ET AL.** |

Zelle Hofmann Voelbel & Mason LLP
500 Washington Avenue South – Suite 4000
Minneapolis, Minnesota, 55415

**ORDER**

The Court, having reviewed the parties' stipulation concerning the July 13, 2009 Status Conference, and for the reasons stated therein, finds that the relief requested by the parties should be granted.

IS THEREFORE ORDERED that the July 13, 2009 Status Conference is continued until **December 14, 2009 at 2:00 p.m.**, and the parties are ordered to file a joint status report no later than **November 30, 2009**.

DATED:   July 1, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

**Regan, et al. v. Qwest Communications Intl., et al., Case No. S-01-0766 WBS JFM**
**And**
**Regan, et al., v. Williams Companies, et al., Case No. S-01-0779 WBS JFM**

I, Amanda Garberson, certify and declare under penalty of perjury that I: am a citizen of the United States; am over the age of 18 years; am employed by Zelle Hofmann Voelbel & Mason LLP, at the address indicated, whose members are members of the State Bar of California and at least one of those members is a member of the Bar of each Federal District Court within California; am not a party to or interested in the cause entitled upon the document to which this Proof of Service accompanies; and that on June 29, 2009, I served a true and correct copy of the following document(s) in the manner indicated below:

**1.  JOINT STIPULATION TO CONTINUE JULY 13, 2009 STATUS CONFERENCE AND PROPOSED ORDER**

☒  **By USDC Live System-Document Filing System:** on all interested parties registered for e-filing.

☐  **By US Mail:** by placing the document(s) listed above in a sealed envelope, with first-class postage thereon fully prepaid, and depositing in Minneapolis, Minnesota, in the United States mail on the following parties, addressed as indicated:

Executed on June 29, 2009, in Minneapolis, Minnesota.

s/Amanda Garberson
Amanda Garberson