UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| DIRK REGAN, et al., Plaintiffs, v. WILLIAMS COMMUNICATIONS, L.L.C., et al., Defendants. | Case No. 2:01-CV-0779 WBS CMK<br><br>**ORDER GRANTING JOINT AND STIPULATED MOTION TO VACATE STATUS CONFERENCE AND STAY PROCEEDINGS** |
|---|---|

Upon review of all plaintiffs' and defendants' Joint and Stipulated Motion to Vacate Statue Conference and Stay Proceedings, and good cause appearing therefore, THE COURT FINDS AND ORDERS AS FOLLOWS:

1. The Scheduling Conference set for June 27, 2011, at 2:00 p.m. is vacated;

2. All proceedings in this action are stayed for a period of 120 days from the date of this Order;  and

3. The parties shall submit a status report promptly after any ruling on the motion filed with the panel on multidistrict litigation, but in any event shall submit such a report within 90 days of the date of this Order.

DATED:    June 9, 2011

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER RE MOTION TO STAY PROCEEDINGS
01-044/LAW&MOTION.002          - 1 -
CSP:ep